UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                  :
IDEAVILLAGE PRODUCTS CORPORATION,     :
                                                  :
                           Plaintiff,                       :
                                                  :          17-cv-00920 (LL)
           -v-                                     :
                                                  :                ORDER
GENERAL WIRELESS OPERATIONS, INC.       :
                                                  :
                           Defendant.              :
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       WHEREAS this case was recently transferred to the undersigned, it is hereby

       ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than February 20, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

       SO ORDERED.

Dated: February 7, 2020
        New York, New York                   _____
                                                 LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020